## AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Civil Action No.: 10 CIV 8973 (T.P.G)<br>Date Purchased: 11/30/10 |

-------------------------------------------------------------------X

YORKSHIRE TOWERS COMPANY LP and
YORKSHIRE TOWERS TENANTS ASSOCIATION,

                Plaintiffs,

- against -

THE FEDERAL TRANSIT ADMINISTRATION, THE
METROPOLITAN TRANSPORTATION AUTHORITY
and THE METROPOLITAN TRANSPORTATION
AUTHORITY CAPITAL CONSTRUCTION COMPANY,

                Defendants.

-------------------------------------------------------------------X

Attorney: Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF SUFFOLK; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Wednesday, December 1, 2010, at 2:38 P.M. deponent **served** the within **Summons in a Civil Action, Rule 7.1 Statement, Individual Practices of Judge Thomas P. Griesa, Civil Cover Sheet, Complaint** and Exhibits 1 and 2 in accordance with 5 U.S.C. § 552(a)(4)(c) and applicable law.

Upon: **The Metropolitan Transportation Authority**    Tel. (212) 340-3000
Located at: 347 Madison Avenue, New York, New York 10017-3739

**Government Agency:** by delivering there at a true copy of the aforesaid documents to **The Metropolitan Transportation Authority** personally. Deponent knew said government agency so served to be the government agency described in said summons in a civil action as said defendant and knew said individual to be **Ann Cutler** – General Counsel's Office. Ann Cutler said she is authorized to receive service of process for The Metropolitan Transportation Authority.

Ann Cutler's Description: Caucasian, White Skin, Female, Blonde Hair, 51 Years Old, Glasses, 5'5" and 145 Lbs

                                            Corey Guskin

                                            *[signature]*

                                            License # 1094475

Sworn to before me this 1st day of December, 2010

*[signature: Andrea Molody]*

Notary Public

                                            **ANDREA MOLODY**
                                        Notary Public State of New York
                                            No. 01MO6037166
                                        Qualified in Suffolk County
                                      Commision Expires Feb 14, 2014

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK

 

YORKSHIRE TOWERS COMPANY LP and )
YORKSHIRE TOWERS TENANTS ASSOCIATION, )
)
_Plaintiff_ )   **10 CIV 8973**
v. )   Civil Action No.
THE FEDERAL TRANSIT ADMINISTRATION, THE )
METROPOLITAN TRANSPORTATION AUTHORITY and )
THE METROPOLITAN TRANSPORTATION AUTHORITY
CAPITAL CONSTRUCTION COMPANY
)
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> The Metropolitan Transportation Authority
> 347 Madison Avenue
> New York, New York 10017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDERSON KILL & OLICK, P.C.
> 1251 Avenue of the Americas
> New York, NY  10020
>
> CECCARELLI WEPRIN PLLC
> Two Wall Street
> New York, NY  10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: NOV 3 0 2010

_Signature of Clerk or Deputy Clerk_

NYDOCS1-957753.1