## AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Civil Action No.: 10 CIV 8973 (T.P.G)<br>Date Purchased: 11/30/10 |

-----------------------------------------------------------------X

**YORKSHIRE TOWERS COMPANY LP and**
**YORKSHIRE TOWERS TENANTS ASSOCIATION,**

                    Plaintiffs,

- against -

**THE FEDERAL TRANSIT ADMINISTRATION, THE**
**METROPOLITAN TRANSPORTATION AUTHORITY**
**and THE METROPOLITAN TRANSPORTATION**
**AUTHORITY CAPITAL CONSTRUCTION COMPANY,**

                    Defendants.

-----------------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF SUFFOLK; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Wednesday, December 1, 2010, at 3:11 P.M. deponent **served** the within **Summons in a Civil Action, Rule 7.1 Statement, Individual Practices of Judge Thomas P. Griesa, Civil Cover Sheet, Complaint** and Exhibits 1 and 2 in accordance with 5 U.S.C. § 552(a)(4)(c) and applicable law.

Upon: **The Federal Transit Administration** c/o The United States Attorney's Office for the Southern District of New York
Located at: 86 Chambers Street, 3rd Floor, New York, New York 10007-1826    Tel. (212) 637-2728

**Government Agency:** by delivering there at a true copy of the aforesaid documents to **The Federal Transit Administration** c/o The United States Attorney's Office for the Southern District of New York personally. Deponent knew said government agency so served to be the government agency described in said summons in a civil action as said defendant and knew said individual to be **Aretha Charles** -- Process Service Clerk. Aretha Charles said she is authorized to receive service of process for The Federal Transit Administration c/o The United States Attorney's Office for the Southern District of New York.

Aretha Charles' Description: African American, Black Skin, Female, Black Hair, 35 Years Old, 5'4" and 155 Lbs

                                              **Corey Guskin**

                                              License # 1094475

Sworn to before me this 1st day of December, 2010

Notary Public

ANDREA MOLODY
Notary Public State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb 14, 2014

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK

JUDGE GRIESA

YORKSHIRE TOWERS COMPANY LP and )
YORKSHIRE TOWERS TENANTS ASSOCIATION, )
)
    *Plaintiff* )
    v. ) Civil Action No.
THE FEDERAL TRANSIT ADMINISTRATION, THE )
METROPOLITAN TRANSPORTATION AUTHORITY and ) **10 CIV 8973**
THE METROPOLITAN TRANSPORTATION AUTHORITY )
CAPITAL CONSTRUCTION COMPANY )
)
    *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    The Federal Transit Administration
    1200 New Jersey Avenue, S.E.
    Washington, D.C. 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDERSON KILL & OLICK, P.C.
    1251 Avenue of the Americas
    New York, NY 10020

    CECCARELLI WEPRIN PLLC
    Two Wall Street
    New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RUBY J. KRAJICK

Date: NOV 30 2010

*Signature of Clerk or Deputy Clerk*

NYDOCS1-957750.1