UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
YORKSHIRE TOWERS COMPANY LP and
YORKSHIRE TOWERS TENANTS
ASSOCIATION,

                          Plaintiffs,

                          Civil Action No. 10 CIV 8973 (T.P.G)

       -against-

THE FEDERAL TRANSIT ADMINISTRATION,    **AFFIDAVIT OF SERVICE**
THE METROPOLITAN TRANSPORTATION
AUTHORITY and THE METROPOLITAN
TRANSPORTATION AUTHORITY CAPITAL
CONSTRUCTION COMPANY,

                          Defendants.
-----------------------------------------------------------x

        I, Donald Flynn, being duly sworn, deposes and says:

        Deponent is not a party to the action, is over 18 years of age and is employed by Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020.

        On the 1st day of December 2010, deponent served a true copy of a Summons in a Civil Action, Rule 7.1 Statement, Individual Practices of Judge Thomas P. Griesa, Civil Cover Sheet, Complaint and Exhibits 1 and 2 in accordance with 5 U.S.C. § 522(a)(4)(c) upon Federal Transit Administration, 1200 New Jersey Avenue, S.E., Washington, D.C. 20590 by Certified Mail, Return Receipt Requested with the U.S. Postal Service within the State of New York.

                                              _____
                                              Donald Flynn
                                              (Lic. No. 0989929)

Sworn to before me on this
9th day of December, 2010

_____
Notary Public
Melina Olivieri
Notary Public, State of New York
NO. 01OL6212467
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires October 13, 2013

NYDOCS1-958510.1



AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK

JUDGE GRIESA

| | |
|---|---|
| YORKSHIRE TOWERS COMPANY LP and YORKSHIRE TOWERS TENANTS ASSOCIATION,<br><br>Plaintiff<br>v.<br>THE FEDERAL TRANSIT ADMINISTRATION, THE METROPOLITAN TRANSPORTATION AUTHORITY and THE METROPOLITAN TRANSPORTATION AUTHORITY CAPITAL CONSTRUCTION COMPANY<br><br>Defendant | Civil Action No.<br><br>**10 CIV 8973** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   The Federal Transit Administration
   1200 New Jersey Avenue, S.E.
   Washington, D.C. 20590

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   ANDERSON KILL & OLICK, P.C.
   1251 Avenue of the Americas
   New York, NY 10020

   CECCARELLI WEPRIN PLLC
   Two Wall Street
   New York, NY 10005

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT: RUBY J. KRAJICK

Date: NOV 30 2010

_____
Signature of Clerk or Deputy Clerk

NYDOCS1-957750.1