

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street – 3rd Floor
New York, New York 10007

December 21, 2010

BY HAND

Honorable Thomas P. Griesa
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Yorkshire Towers Co. LP v. The Federal Transit Admin.*, 10 Civ. 08973 (TPG)

Dear Judge Griesa:

This Office represents the Federal Transit Administration (the "FTA") in the above-referenced FOIA action. The FTA respectfully writes, with the consent of the plaintiff, to request a thirty-day extension of the deadline for the FTA to answer or move with respect to the complaint, from January 3, 2011, to February 2, 2011.

This is the FTA's first request for an extension of this deadline. The extension is requested because the FTA recently produced documents in response to the FOIA request underlying the complaint, and the parties would like to discuss what, if any, issues remain.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
JOSEPH A. PANTOJA
Assistant United States Attorney
Tel: (212) 637-2785
Fax: (212) 637-2750

cc: Reney F. Hertzog, Esq., counsel for plaintiff (by email and fax (212.278.1733))

*Approved.*
Thomas P. Griesa
USDJ  12/22/10