347 Madison Avenue
New York, NY 10017-3739
212 878-7000 Tel



**Metropolitan Transportation Authority**

State of New York

# MEMO ENDORSED

December 21, 2010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/11
```

Hon. Thomas P. Griesa
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    re:    Yorkshire Towers Co. LP, *et al.*, v. Federal Transit
           Administration, *et al.*, No. 10 Civ. 8973 (TPG)

Your Honor:

In accordance with the attached stipulation, defendants Metropolitan Transportation Authority
(MTA) and Metropolitan Transportation Authority Capital Construction Company (MTACC)
request an extension of time to January 24, 2011, to answer or move to dismiss the complaint.
The MTA and MTACC were served with the summons and complaint on December 1, 2010, and
it otherwise would be responded to by December 22, 2010.  No prior request for an extension of
time has been made by the MTA and MTACC, and this extension will not affect any other
scheduled dates.  As per the stipulation, plaintiffs consent to the request.

           Respectfully submitted,

           GORDON J. JOHNSON
           ANTHONY P. SEMANCIK
           Deputy General Counsels
           Attorneys for MTA and MTACC

cc:    Joseph J. Ceccarelli, Esq.
       Erik J. Berglund, Esq.
       Jeffrey E. Glen, ,Esq.
       Rene F. Hertzog, ,Esq.

*Approved.*
*Thomas P Griesa*
*USDJ*

1/6/11

*The agencies of the MTA*

MTA New York City Transit     MTA Long Island Bus     MTA Bridges and Tunnels     MTA Bus Company
MTA Long Island Rail Road     MTA Metro-North Railroad     MTA Capital Construction