347 Madison Avenue
New York, NY 10017-3739
212 878-7000 Tel



# Metropolitan Transportation Authority
State of New York

January 19, 2011

Hon. Thomas P. Griesa
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

re:  Yorkshire Towers Co. LP, et al., v. Federal Transit Administration, et al., No. 10 Civ. 8973 (TPG)

Your Honor:

Defendants Metropolitan Transportation Authority (MTA) and Metropolitan Transportation Authority Capital Construction Company (MTACC) request an additional extension of time to February 23, 2011, to answer or move to dismiss the complaint which seeks relief under the federal Freedom of Information Act and the New York State Freedom of Information Law. On January 6, 2011, the Court approved the request of MTA and MTACC for a 30-day adjournment of their time to respond to January 24, 2011, to which plaintiffs had consented. The federal government defendants' request for an extension of time to respond to February 2, 2011 was approved earlier by the Court.

The plaintiffs and MTA have been in discussions regarding the production of documents, and plaintiffs have consented to a further extension to February 23, 2011, to allow for further release of documents and further discussions. The terms of this further extension would be the same as set forth in the previously filed stipulation between the parties. This extension will not affect any other scheduled dates.

Respectfully submitted,

GORDON J. JOHNSON
ANTHONY P. SEMANCIK
Deputy General Counsels
Attorneys for MTA and MTACC

cc:  Joseph J. Ceccarelli, Esq.
Erik J. Berglund, Esq.
Jeffrey E. Glen, ,Esq.
Rene F. Hertzog, ,Esq.
Joseph A. Pantoja, AUSA

The agencies of the MTA

MTA New York City Transit   MTA Long Island Bus   MTA Bridges and Tunnels   MTA Bus Company
MTA Long Island Rail Road   MTA Metro-North Railroad   MTA Capital Construction