UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

YORKSHIRE TOWERS COMPANY LP, ET AL.,

          Plaintiffs,

– against –

THE FEDERAL TRANSIT ADMINISTRATION, ET AL.,

          Defendants.

------------------------------------------------------x

10 Civ. 8973 (TPG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/11

    Defendants' Motion for Extension of Time to File Answer (dkt # 7) is denied as moot.

    SO ORDERED.

Dated: New York, New York
       February 9, 2011

                                Thomas P. Griesa
                                U.S.D.J.