UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
YORKSHIRE TOWERS COMPANY LP and
YORKSHIRE TOWERS TENANTS ASSOCIATION,   :

                      Plaintiffs,   :   **NOTICE OF MOTION**

    -against-   :   10 CIV 8973 (TPG)

THE FEDERAL TRANSIT ADMINISTRATION,   :
THE METROPOLITAN TRANSPORTATION
AUTHORITY and THE METROPOLITAN   :
TRANSPORTATION AUTHORITY CAPITAL
CONSTRUCTION COMPANY,   :

                      Defendants.   :
------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the Memorandum of Law of Defendants MTA and MTACC in Support of their Motion to Dismiss, and all pleadings and proceedings previously had and filed herein, Defendants Metropolitan Transportation Authority (MTA) and Metropolitan Transportation Authority Capital Construction Company (MTACC) will move this Court before the Hon. Thomas P. Griesa, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on March 17, 2011, for an order and judgment pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) dismissing the instant action as against the MTA and MTACC on the grounds that this Court lacks jurisdiction over the claims asserted against the MTA and MTACC, that plaintiffs have failed to state a federal claim upon which relief can be granted against MTA and MTACC, and that plaintiffs have failed to exhaust their administrative remedies with respect to their state law claim against MTA and MTACC, and granting such other and further relief as this Court may deem just and proper.

- 2 -

PLEASE TAKE FURTHER NOTICE that plaintiffs' opposition papers, if any, must be filed and served on or before March 10, 2011, or such other date as is established by the Court.

Dated: New York, New York
February 23, 2011

Respectfully submitted,

**s/Gordon J. Johnson**
GORDON J. JOHNSON
Deputy General Counsel
Metropolitan Transportation Authority
MTA Office of General Counsel
347 Madison Ave. – 9th Fl.
New York, NY  10017
(212) 878-4633
Email:  gojohnso@mtahq.org
*Attorney for Metropolitan Transportation Authority and Metropolitan Transportation Authority Capital Construction Company*

JOHN ABILI
Assistant General Counsel
Metropolitan Transportation Authority Capital
    Construction Company
*Of Counsel.*

TO:   Joseph J. Ceccarelli
Erik J. Berglund
Ceccarelli Weprin PLLC
Two Wall Street
New York, New York  10005

Jeffrey E. Glen
Rene F. Hertzog
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York  10020
*Attorneys for Plaintiffs*