```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
YORKSHIRE TOWERS COMPANY, L.P. and          Case No. 10-cv-8973 (TPG)
YORKSHIRE TOWERS TENANTS ASSOCIATION,

                             Plaintiffs,

                -against-                                    STIPULATION BETWEEN
                                                                        PLAINTIFFS AND
THE FEDERAL TRANSIT ADMINISTRATION,             DEFENDANT STATE PUBLIC
THE METROPOLITAN TRANSPORTATION              AUTHORITIES AND
AUTHORITY and THE METROPOLITAN                 SUBSIDIARY AND
TRANSPORTATION AUTHORITY CAPITAL               EXECUTIVES
CONSTRUCTION COMPANY,                                     (COLLECTIVELY THE "MTA")
                                                                        EXTENDING TIME TO
                                                                        ANSWER IN RELATED CASE
                            Defendants.                AND PLAINTIFFS' TIME TO
-------------------------------------------------------------x  OPPOSE MOTION TO DISMISS
YORKSHIRE TOWERS COMPANY, L.P. and          BY MTA IN FIRST CASE
YORKSHIRE TOWERS TENANTS ASSOCIATION,   PENDING SETTLEMENT
                                                                        CONFERENCE
                             Plaintiffs,

                -against-

UNITED STATES DEPARTMENT OF
TRANSPORTATION, RAY LAHOOD, in his capacity as       Case No. 11-cv-1058 (TPG)
Secretary of the United States Department of
Transportation, THE FEDERAL TRANSIT
ADMINISTRATION, PETER M. ROGOFF, in his capacity     RELATED CASE
as administrator of the Federal Transit Administration, THE
METROPOLITAN TRANSPORTATION AUTHORITY,
JAY H. WALDER, in his capacity as Chairman of the
Metropolitan Transportation Authority, THE NEW YORK
CITY TRANSIT AUTHORITY, THOMAS F.
PRENDERGAST, JR., in his capacity as President of the
New York City Transit Authority and THE
METROPOLITAN TRANSPORTATION AUTHORITY
CAPITAL CONSTRUCTION COMPANY, MICHAEL
HORODNICEANU, in his capacity as President of the
Metropolitan Transportation Authority Capital Construction
Company,

                             Defendants.
-------------------------------------------------------------x

**RECITALS:**

A.  Plaintiffs commenced the first above-captioned case against Defendant Federal and State Agencies on November 30, 2010 (the "First Case"). The First Case is an action under the Freedom of Information Act and the Freedom of Information Law in the alternative, to compel the release of specified records and materials (the "FOI Case"). The same Plaintiffs on February 16, 2011 subsequently commenced the second above-captioned environmental lawsuit seeking injunctive and related relief against the same Defendant Agencies and their executives. The second case was accepted by the Court (Griesa, J.) as related on February 28, 2011 (the "Environmental Lawsuit").

B.  The attorneys for the Plaintiffs and each of the Defendants in the FOI Case and the Related Case (collectively, the "Parties") appeared for the first pretrial conference (the "PTC") in the FOI Case on February 25, 2011. At the conclusion of the PTC, the Court directed the Parties to make good faith efforts to settle both cases for which they have scheduled a settlement conference.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the attorneys for Plaintiffs and Defendants State Public Authorities and subsidiary and their executives (collectively, the "MTA") as follows:

1.  Each of the above Recitals are incorporated as if fully set forth here.

2.  Defendant MTA's time to answer, or to move against the Complaint in the Environmental Lawsuit is adjourned to April 25, 2011.

3.     The time for Plaintiffs to serve their opposing papers to the motion to dismiss the FOI Action by Defendants Metropolitan Transportation Authority (the "MTA") and the Metropolitan Transportation Authority Capital Construction Company (the "MTACC") filed on February 23, 2011 (Docket Nos. 17 and 18), is extended to April 25, 2011, pending the outcome of settlement negotiations by the Parties. Defendants MTA and MTACC time to serve reply papers, if any, is extended to May 2, 2011.

4.     The Parties may agree to further extensions of time set forth in ¶¶ 2 and 3 above as may be necessary to pursue continuing settlement negotiations, or to conclude settlement terms and conditions.

[The Balance of This Page is Intentionally Left Blank]

5.  This Stipulation may be signed, emailed or faxed in counterpart, and if so signed, emailed or faxed, shall be considered the equivalent of one fully signed agreement for all purposes.

Dated:  March 21, 2011
        New York, New York

CECCARELLI WEPRIN PLLC

By: _____
    Joseph J. Ceccarelli (JC-5329)
    Erik J. Berglund (EB-1820)
    Two Wall Street
    New York, New York 10005-2008
    (212) 227-4848
    jceccarelli@cecwep.com
    eberglund@cecwep.com

ANDERSON KILL & OLICK, P.C.
    Jeffrey E. Glen (JG-8277)
    Rene F. Hertzog (RH-9227)
    1251 Avenue of the Americas
    New York, New York 10020
    (212) 278-1000
    jglen@andersonkill.com
    rhertzog@andersonkill.com

*Attorneys for Plaintiffs
Yorkshire Towers Company L.P.
and Yorkshire Towers Tenants
Association*

METROPOLITAN TRANSPORATION AUTHORITY

By: _____
    Gordon J. Johnson (GJ-7379)
    Anthony P. Semancik (AS-4204)
    Deputy General Counsels
    347 Madison Avenue, 9th Floor
    New York, New York 10017
    (212) 878-4633
    gojohnso@mtahq.org
    asemanci@mtahq.org

*Attorneys for Defendants
Metropolitan Transportation
Authority, Jay Walder in his capacity
as Chairman of the Metropolitan
Transportation Authority, The New York
City Transit Authority, Thomas F.
Prendergast, JR., in his capacity as
President of the New York City Transit
Authority, The Metropolitan
Transportation Authority Capital
Construction Company and Michael
Horodniceanu, in his capacity as
President of the Metropolitan
Transportation Authority Capital
Construction Company*

So ordered this 23d
day of March 2011

_____
Hon. Thomas P. Griesa
United States District Judge