UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
YORKSHIRE TOWERS COMPANY, L.P. and
YORKSHIRE TOWERS TENANTS ASSOCIATION,

                      Plaintiffs,

       -against-

THE FEDERAL TRANSIT ADMINISTRATION,
THE METROPOLITAN TRANSPORTATION
AUTHORITY and THE METROPOLITAN
TRANSPORTATION AUTHORITY CAPITAL
CONSTRUCTION COMPANY,

                      Defendants.
------------------------------------------------------------------------x
YORKSHIRE TOWERS COMPANY, L.P. and
YORKSHIRE TOWERS TENANTS ASSOCIATION,

                      Plaintiffs,

       -against-

UNITED STATES DEPARTMENT OF
TRANSPORTATION, RAY LAHOOD, in his capacity as
Secretary of the United States Department of
Transportation, THE FEDERAL TRANSIT
ADMINISTRATION, PETER M. ROGOFF, in his capacity
as administrator of the Federal Transit Administration, THE
METROPOLITAN TRANSPORTATION AUTHORITY,
JAY H. WALDER, in his capacity as Chairman of the
Metropolitan Transportation Authority, THE NEW YORK
CITY TRANSIT AUTHORITY, THOMAS F.
PRENDERGAST, JR., in his capacity as President of the
New York City Transit Authority and THE
METROPOLITAN TRANSPORTATION AUTHORITY
CAPITAL CONSTRUCTION COMPANY, MICHAEL
HORODNICEANU, in his capacity as President of the
Metropolitan Transportation Authority Capital Construction
Company,

                      Defendants.
------------------------------------------------------------------------x

Case No. 10-cv-8973 (TPG)

**PLAINTIFFS' NOTICE OF MOTION FOR SECOND PRE-TRIAL CONFERENCE UNDER FED. R. CIV. P. 16 AND <u>RELATED RELIEF</u>**

Case No. 11-cv-1058 (TPG)

**RELATED CASE**

PLEASE TAKE NOTICE that upon the accompanying Memorandum in Support, the Pleadings, the First Pre-trial Conference and all prior proceedings in the above-captioned related cases, Plaintiffs Yorkshire Towers Company, L.P. and Yorkshire Towers Tenants Association, will move this Court before the Honorable Thomas P. Griesa at the United States Courthouse, 500 Pearl Street, Courtroom 26B, New York, New York, on a date and time to be determined by the Court, for an order pursuant to Federal Rules of Civil Procedure, Rule 16:

(1) Scheduling the Second Pre-Trial Conference to discuss, among other matters, the affirmative relief Plaintiffs intend to seek by motion;

(2) Extending the Plaintiffs' time to respond to the motions to dismiss by the defendants federal and state officials and agencies (collectively the "<u>Government Defendants</u>") (First Case, ECF Nos. 24-25, Related Case, ECF Nos. 23-25) pending the production of:

(a) Each and every document that the Government Defendants relied on, or to which they referred, between Settlement Conference II on July 14 and III on August 24 to determine that the MTA's Residential Midblock Alternative remains the "preferable" alternative in comparison to the Reduced 5 design presented by Yorkshire Towers, or have the issue of whether the Government Defendants have fully and adequately studied, analyzed and balanced the environmental

                benefits and adverse impacts of the Residential Midblock Alternative in comparison to the Reduced 5 design, resolved against them;

(b)    Each and every document that the Government Defendants relied on, or to which they referred, between Settlement Conference II on July 14 and III on August 24, to determine that the construction schedule would be impacted beyond the FTA's publicly announced start date of February 2018, and the MTA's earlier stated goal of December 2016, or have this issue considered resolved against them; and

(3)    Granting such other, further and different relief as is just and proper.

Dated: September 9, 2011
       New York, New York

                        Respectfully Submitted,

                        CECCARELLI WEPRIN PLLC

                        By: _____
                           Joseph J. Ceccarelli (JC-5329)
                           Erik J. Berglund (EB-1820)
                           Two Wall Street
                           New York, New York  10005-2008
                           (212) 227-4848
                           jceccarelli@cecwep.com
                           eberglund@cecwep.com

ANDERSON KILL & OLICK, P.C.
Jeffrey E. Glen (JG-8277)
Rene F. Hertzog (RH-9227)
1251 Avenue of the Americas
New York, New York  10020
(212) 278-1000
jglen@andersonkill.com
rhertzog@andersonkill.com

*Attorneys for Plaintiffs
Yorkshire Towers Company L.P.
and Yorkshire Towers Tenants
Association*

To:   Preet Bharara
      United States Attorney for the
      Southern District of New York
      By: Joseph Anthony Pantoja, Esq.
      United States Attorney's Office, S.D.N.Y.
      86 Chambers Street
      New York, NY  10007
      (212) 637-2200

      *Attorneys for  United States Department
      of Transportation, Ray LaHood, in his
      capacity as Secretary of the Department
      of Transportation, the Federal Transit
      Administration, and Peter M. Rogoff, in
      his capacity as administrator of the
      Federal Transit Administration*

      Philip Elias Karmel, Esq.
      Bryan Cave LLP
      1290 Avenue of the Americas
      New York, NY  10104
      (212) 541-2000

      *Attorneys in the Related Case
      for Defendants Metropolitan
      Transportation Authority, Jay Walder
      in his capacity as Chairman of the
      Metropolitan Transportation Authority,
      The New York City Transit Authority,*

*Thomas F. Prendergast, JR., in his capacity as President of the New York City Transit Authority, The Metropolitan Transportation Authority Capital Construction Company and Michael Horodniceanu, in his capacity as President of the Metropolitan Transportation Authority Capital Construction Company*


Gordon Jay Johnson, Esq.
MTA Office of General Counsel
347 Madison Avenue, 9th Floor
New York, NY  10017
(212) 878-4633

*Attorneys in the First Case for Defendants Metropolitan Transportation Authority and The Metropolitan Transportation Authority Capital Construction Company*