UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
YORKSHIRE TOWERS COMPANY, L.P. and             **Case No. 10-cv-8973 (TPG)**
YORKSHIRE TOWERS TENANTS ASSOCIATION,

                    Plaintiffs,

    -against-                                                                **Declaration in Opposition to Defendants MTA and MTACC's Motion to Dismiss So Much of Freedom of Information Complaint as Pertains to Them in the First Case**

THE FEDERAL TRANSIT ADMINISTRATION, et al

                    Defendants.
------------------------------------------------------------------------x
YORKSHIRE TOWERS COMPANY, L.P. and
YORKSHIRE TOWERS TENANTS ASSOCIATION,

                    Plaintiffs,

    -against-                                                                **Case No. 11-cv-1058 (TPG)**

UNITED STATES DEPARTMENT OF                                 **RELATED CASE**
TRANSPORTATION, et al
                    Defendants.
------------------------------------------------------------------------x

      Joseph J. Ceccarelli, declares the following:

      1.    I am a member of the firm of Ceccarelli Weprin PLLC, attorneys and co-counsel for Plaintiffs Yorkshire Towers Company L.P., and Yorkshire Towers Tenants Association.

      2.    This Declaration is in Opposition to Defendants Metropolitan Transportation Authority and Metropolitan Transportation Authority Capital Construction Company's motion to dismiss so much of the Freedom of Information Complaint as pertains to them in first case.

    3.    A true and correct copy of the FOI Complaint is attached as <u>Exhibit A</u>.

    4.    A true and correct copy of the Freedom of Information Request in the first case is attached as <u>Exhibit B</u>.

    5.    A true and correct copy of the Metropolitan Transportation Authority's letter response to Plaintiffs' FOI Request, dated October 11, 2010 is attached as <u>Exhibit C</u>.

    6.    A true and correct copy of the Federal Transit Administration's Answer, dated February 2, 2011 is attached as <u>Exhibit D</u>.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on October 4, 2011.

_____
Joseph J. Ceccarelli