UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

YORKSHIRE TOWERS COMPANY, L.P. and
YORKSHIRE TOWERS TENANTS ASSOCIATION,

                              Plaintiffs,

-against-

THE FEDERAL TRANSIT ADMINISTRATION,
THE METROPOLITAN TRANSPORTATION
AUTHORITY and THE METROPOLITAN
TRANSPORTATION AUTHORITY CAPITAL
CONSTRUCTION COMPANY,

                              Defendants.

----------------------------------------------------------------x

Case No. 10-cv-8973 (TPG)

STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/12

**IT IS HEREBY STIPULATED** by and between the attorneys for Plaintiffs Yorkshire Towers Company, L.P. and Yorkshire Towers Tenants Association and Defendants The Federal Transit Administration, The Metropolitan Transportation Authority and The Metropolitan Transportation Authority Capital Construction Company and their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice against each of the Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

This Stipulation may be signed, emailed or faxed in counterpart, and if so signed, emailed or faxed, shall be considered the equivalent of one fully signed agreement for all purposes.

[The Balance of This Page is Intentionally Left Blank]

Dated: May 1, 2012
New York, New York

CECCARELLI WEPRIN PLLC

By: *[signature]*
Joseph J. Ceccarelli
Erik J. Berglund
Two Wall Street
New York, New York 10005-2008
(212) 227-4848
jceccarelli@cecwep.com
eberglund@cecwep.com

ANDERSON KILL & OLICK, P.C.
Jeffrey E. Glen
Rene F. Hertzog
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000
jglen@andersonkill.com
rhertzog@andersonkill.com

*Attorneys for Plaintiffs*
*Yorkshire Towers Company, L.P. and*
*Yorkshire Towers Tenants Association*

METROPOLITAN TRANSPORTATION AUTHORITY

By: *[signature]*
Gordon J. Johnson
Anthony P. Semancik
Deputy General Counsels
347 Madison Avenue, 9th Floor
New York, New York 10017
(212) 878-4633
gojohnso@mtahq.org
asemanci@mtahq.org

*Attorneys for Defendants The*
*Metropolitan Transportation Authority*
*and The Metropolitan Transportation*
*Authority Capital Construction Company*

PREET BHARARA
United States Attorney for the
Southern District of New York

By: *[signature]*
Joseph A. Pantoja
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel.: (212) 637-2785
Fax: (212) 637-2750
Email: joseph.pantoja@usdoj.gov

*Attorneys for Defendant The*
*Federal Transit Administration*

Approved: *[signature]* Thomas P. Griesa USDJ 5/10/12